# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ____ D.C.

05 AUG -8 PM 3: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WALTER McGHEE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| OFFICER BOYCE, | CASE NO: 04-2515 Ml/V |
| Defendant. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment, Order Dismissing Complaint, and Order Certifying Appeal Not Taken in Good Faith, entered August 8, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 8, 2005
Date

_____
THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02515 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT